IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD J. KOELLER, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:25-cv-00641 ) ) |
| OX APPSEC SECURITY LTD., | ) ) |
| Defendant. | ) ) ) |

## ENTRY OF APPEARANCE

COMES NOW Darci F. Madden of Bryan Cave Leighton Paisner LLP and hereby enters her special and limited appearance on behalf of Defendant, OX Appsec Security Ltd., preserving it to raise all defenses, including to personal jurisdiction.

Dated: June 23, 2025

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

By: */s/ Darci F. Madden*
Darci F. Madden, 51463MO
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102
Phone: (314) 259-2000
Fax: (314) 259-2020

*Attorney for Defendant OX Appsec Security Ltd.*

1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of the foregoing was filed on this 23rd day of June via the court's electronic filing system which will service notice to all counsel of record.

*/s/ Darci F. Madden*