IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD J. KOELLER, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 4:25-cv-00641 |
| v. | ) ) |
| OX APPSEC SECURITY LTD., | ) ) |
| Defendant. | ) ) ) |

## ENTRY OF APPEARANCE

COMES NOW Martha Kohlstrand of Bryan Cave Leighton Paisner LLP and hereby enters her special and limited appearance on behalf of Defendant, OX Appsec Security Ltd., preserving it to raise all defenses, including to personal jurisdiction.

Dated: July 7, 2025               Respectfully submitted,

                                  BRYAN CAVE LEIGHTON PAISNER LLP

                                  By: */s/ Martha Kohlstrand*
                                      Martha Kohlstrand
                                      1801 13th Street, Suite 300
                                      Boulder, CO 80302
                                      Phone: (303) 444-5955
                                      Fax: (303) 247-8316

                                  *Attorney for Defendant OX Appsec Security Ltd.*

1

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and accurate copy of the foregoing was filed on this 7th day of July via the court's electronic filing system which will service notice to all counsel of record.

                   */s/ Martha Kohlstrand*