IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD J. KOELLER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>OX APPSEC SECURITY LTD.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Case No. 4:25-cv-00641<br>)<br>)<br>)<br>)<br>)<br>) |

### OX APPSEC SECURITY, LTD.'S DISCLOSURE STATEMENT

Defendant Ox AppSec Security, Ltd., pursuant to E.D.Mo. L. R. 2.09, through undersigned counsel hereby discloses the following, preserving all defenses, including all objections to the exercise of personal jurisdiction:

1.  If the subject organization is a corporation,

    a.  Whether it is publicly traded, and if it is, on which exchanges:

    Ox AppSec Security, Ltd. is not publicly traded.

    b.  Its parent companies or corporations (if none, state "none"):

    None.

    c.  Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

    None.

    d.  Any publicly held company or corporation that owns five percent (5%) or more of the subject corporation's stock (if none, state "none"):

      None.

2.     If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

      Not applicable (federal question).

      BRYAN CAVE LEIGHTON PAISNER LLP

By:   */s/ Darci F. Madden*
      Darci F. Madden, 51463MO
      One Metropolitan Square
      211 North Broadway, Suite 3600
      St. Louis, MO  63102
      Phone: (314) 259-2000
      Fax: (314) 259-2020
      darci.madden@bclplaw.com

      Martha Kohlstrand, #57418(CO) *Pro Hac Vice*
      1801 13th Street, Suite 300
      Boulder, CO 80302
      (303) 444-5955
      martha.kohlstrand@bclplaw.com

*Attorneys for Defendant OX Appsec Security, Ltd.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and accurate copy of the foregoing was filed on this 22nd day of July via the court's electronic filing system which will service notice to all counsel of record.

                                                */s/ Darci F. Madden*