IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| **EDWARD J. KOELLER,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**OX APPSEC SECURITY LTD.**<br><br>*Defendant*. | Case No. 4:25-cv-00641 |

**PLAINTIFF'S CONSENT MOTION TO SUBSTITUTE PARTY NAME**

The plaintiff moves to substitute the party name "OX Appsec Security, Inc." for the currently named "OX Appsec Security Ltd." Fed. R. Civ. P. 21 states that "Parties may be … added by order of the Court on motion of any party or of its own motion at any stage of the action and on such terms as are just." Here, the Defendant has provided Plaintiff's counsel with sufficient information demonstrating the correct party.

RESPECTFULLY SUBMITTED AND DATED this 31st day of July, 2025.

*s/ Anthony I. Paronich*
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com