IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD J. KOELLER, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 4:25-cv-00641 |
| v. | ) ) |
| OX APPSEC SECURITY INC., | ) ) |
| Defendant. | ) ) ) |

### OX APPSEC SECURITY, INC.'S NOTICE OF COMPLIANCE WITH COURT'S AUGUST 25, 2025 ORDER AND STATUS UPDATE

Defendant OX Appsec Security, Inc. ("OX" or "Defendant"), by and through its undersigned counsel, hereby notices the Court that, in compliance with this Court's August 25, 2025 Order [Dkt. 16], it shall be represented by the undersigned attorneys at Bryan Cave Leighton Paisner LLP ("BCLP"), who heretofore have represented the incorrectly-named Defendant, OX Appsec Security Ltd. ("OX Ltd."). Defendant further notices this Court that it has waived service as BCLP has accepted service on its behalf on August 14, 2025. Defendant understands that its responsive pleading shall now be due on or before October 14, 2025.

Respectfully submitted this 2nd day of September.

BRYAN CAVE LEIGHTON PAISNER LLP

By:   */s/ Darci F. Madden*
Darci F. Madden, 51463MO
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102
Phone: (314) 259-2000
Fax: (314) 259-2020

1

2

>Martha Kohlstrand, #57418(CO) *Pro Hac Vice*
>90 South Cascade Avenue, Suite 1300
>Colorado Springs, CO 80903
>(303) 444-5955
>Martha.kohlstrand@bclplaw.com

>*Attorneys for Defendant OX Appsec Security, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed on this 2nd day of September, 2025 via the court's electronic filing system which will service notice to all counsel of record.

>*/s/    Darci F. Madden*