## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| EDWARD J. KOELLER, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 4:25-cv-00641 |
| v. | )<br>) |
| OX APPSEC SECURITY INC., | )<br>) |
| Defendant. | )<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSIVE PLEADING**

With the consent of Plaintiff, Ox Appsec Security Inc. ("Ox" or "Defendant") respectfully requests an extension of time, through November 13, 2025, to file a responsive pleading to Plaintiff's Class Action Complaint (ECF No. 1, "Complaint"). In support of this Consent Motion, Defendant states:

1. Plaintiff filed his Complaint in this matter on May 6, 2025. ECF No. 1.

2. Plaintiff originally and erroneously named as the defendant in this action OX Appsec Security Ltd.

3. After Ox AppSec Security Ltd. informed Plaintiff that the proper party to this action was Ox AppSec Security Inc. and not Ox AppSec Security Ltd., Plaintiff filed a Consent Motion to Substitute Party Name on July 31, 2025. ECF No. 14.

4. The Court granted Plaintiff's motion on August 14, 2025. ECF No. 15.

5.  Ox waived service and the Waiver of Service was returned executed on August 26, 2025, making Ox's responsive pleading due October 14, 2025. ECF No. 17, Fed R. Civ. P. 12(a)(1)(A)(ii).

6.  Counsel for Defendant has been diligently working to review Plaintiff's allegations in order to prepare a response to the Complaint.  Defendant requests this extension to complete that review and prepare and file a responsive pleading.  This is Defendant Ox AppSecurity Inc.'s first request for an extension.

7.  By filing this Consent Motion, Defendant does not waive and expressly reserves all objections, including objection to personal jurisdiction.

8.  This Consent Motion is made in good faith and granting it will not prejudice any party.

WHEREFORE, Defendant respectfully requests the Court grant this Consent Motion and enter an order extending Defendant's responsive pleading deadline through November 13, 2025.

Dated: October 14, 2025                                     Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

By: */s/ Darci F. Madden*
    Darci F. Madden, 51463MO
    One Metropolitan Square
    211 North Broadway, Suite 3600
    St. Louis, MO  63102
    Phone: (314) 259-2000
    Fax: (314) 259-2020

*Attorney for OX Appsec Security Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and accurate copy of the foregoing was filed on this 14th day of October via the court's electronic filing system which will service notice to all counsel of record.

                                        */s/ Darci F. Madden*