# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| EDWARD J. KOELLER, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 4:25-cv-00641 |
| v. | )<br>) |
| OX APPSEC SECURITY INC., | )<br>) |
| Defendant. | )<br>)<br>) |

**DEFENDANT OX APPSEC SECURITY, INC.'S AMENDED MOTION TO DISMISS**

COMES NOW Defendant, Ox AppSec Security, Inc. ("Ox"), pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6) and moves to dismiss the Complaint for failure to state a claim. In support of its motion, Ox states as follows:

1. In his Complaint, Plaintiff alleges Ox violated Section 227(c) of the TCPA by "making telemarking calls to Plaintiff and other putative class members listed on the National Do Not Call Registry without their written consent as well as calling people who had previously asked to no longer receive calls." (ECF 1 ¶ 3).

2. Plaintiff alleges that he received the calls from Ox on his cellular telephone number, which he says was registered on the National Do Not Call Registry and Missouri's No-Call List. (*Id.* at ¶¶ 16-17).

3. Plaintiff fails to state a claim upon which relief may be granted because Section 227(c) only applies to "residential subscribers" and not to cellular telephones. As a result, his claim must be dismissed under Federal Rule of Civil Procedure 12(b)(6).

4. In addition, Plaintiff's claim for treble damages should be dismissed for the additional reason that the Complaint does not include any well-pleaded allegations that any violation of the TCPA by Ox was willful or knowing.

5. The grounds for this Motion are set form in the accompanying Memorandum in Support, which is filed simultaneously herewith and incorporated by reference herein.

WHEREFORE, Ox respectfully requests that the Court dismiss Plaintiff's Complaint in its entirety and for such other and further relief as the Court deems proper.

DATED: November 13, 2025

        BRYAN CAVE LEIGHTON PAISNER LLP

        By: */s/ Darci Madden*
        Darci Madden
        One Metropolitan Square
        211 North Broadway, Suite 3600
        St. Louis, MO 63102
        (314) 259-2000
        darci.madden@bclplaw.com

        Martha Kohlstrand
        90 S. Cascade Avenue, Suite 1300
        Colorado Springs, CO 80903
        (303) 417-8516
        martha.kohlstrand@bclplaw.com

        Attorneys for Defendant
        *OX APPSEC SECURITY INC.*

- 3 -

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of the foregoing was filed on this 13th day of November, 2025 via the court's electronic filing system which will serve notice to all counsel of record.

                                                /s/ Darci F. Madden