**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| EDWARD J. KOELLER, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 4:25-cv-00641 |
| v. | ) ) |
| OX APPSEC SECURITY INC., | ) ) ) |
| Defendant. | ) ) |

**OX APPSEC SECURITY INC.'S AMENDED MOTION TO STAY DISCOVERY PENDING THE COURT'S DECISION ON DEFENDANT'S MOTION TO DISMISS**

COMES NOW Defendant, Ox AppSec Security ("Ox") and moves to stay discovery pending resolution of the Motion to Dismiss pursuant to Federal Rule of Civil Procedure 26(c) and the Court's inherent authority to control its docket. In support of its motion, Ox states as follows:

1. On November 13, Ox moved to dismiss Plaintiff's complaint in its entirety, pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion").

2. If granted, Ox's Motion will dispose of the case in its entirety.

3. As explained in the accompanying Memorandum in Support (which Ox incorporates by reference here), Ox's Motion has a strong likelihood of success on the merits, discovery in the face of such a motion will impose hardship on Ox, a brief delay will not prejudice Plaintiff, and a stay will conserve judicial resources.

WHEREFORE, Ox respectfully requests that the Court stay discovery until it decides the pending Motion to Dismiss.

DATED: November 13, 2025

BRYAN CAVE LEIGHTON PAISNER LLP

By: */s/ Darci Madden*
Darci Madden
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000
darci.madden@bclplaw.com

Martha Kohlstrand
90 S. Cascade Avenue, Suite 1300
Colorado Springs, CO 80903
(303) 417-8516
martha.kohlstrand@bclplaw.com

Attorneys for Defendant
*OX APPSEC SECURITY INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed on this 13th day of November, 2025 via the court's electronic filing system which will serve notice to all counsel of record.

/s/ Darci F. Madden