# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| EDWARD J. KOELLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OX APPSEC SECURITY INC.,<br><br>Defendant. | **DECLARATION OF IN SUPPORT OF OX APPSEC SECURITY, INC's MOTION TO STRIKE CLASS ALLEGATIONS AND/OR DENY CLASS CERTIFICATION**<br><br>Case No. 4:25-cv-00641 |

DARCI F. MADDEN, an attorney duly admitted to practice before this Court, affirms the following under the penalty of perjury:

1. I am a partner with Bryan Cave Leighton Paisner LLP, attorneys for defendant Ox AppSec Security, Inc. ("Ox"). As such, I am familiar with all the facts and proceedings herein.

2. I submit this declaration in support of Ox's Motion to Strike Class Allegations and/or Deny Class Certification (or for alternative relief limiting discovery).

3. Attached as **Exhibit A** is a copy of the transcript of Plaintiff Edward J. Koeller's deposition in *Koeller v. CybelAngel USA Inc.*, No. 4:23-cv-00319-SEP (E.D. Mo. 2023), which was filed as an exhibit to a motion to dismiss by the defendant in *Koeller v. Cyflare Security, Inc.*, No. 4:25-cv-00410-MTS (E.D. Mo. 2025) (ECF 21-1). This is a true and accurate copy of the filing that is publicly available in the *Cyflare* case, except that the attached exhibit redacts the multiple PACER-applied banners that appeared on the document in the *Cyflare* case file, because failing to redact them would render this Court's filing banner

unreadable. The undersigned is willing to re-file a copy that does not redact the *Cyflare* PACER banners if the Court would prefer an unredacted version.

4. Attached as **Exhibit B** is a copy of the Declaration of Edward J. Koeller, dated July 21, 2025, submitted in *Koeller v. Cyflare Security, Inc.*, No. 4:25-cv-00410-MTS (E.D. Mo. 2025) (ECF 26). This is a true and accurate copy of the filing that is publicly available in the *Cyflare* case, except that the attached exhibit redacts the PACER-applied banner that appeared on the document in the *Cyflare* case file, because failing to redact it would render this Court's filing banner unreadable. The undersigned is willing to re-file a copy that does not redact the *Cyflare* PACER banners if the Court would prefer an unredacted version.

5. Attached as **Exhibits C and D** are true and accurate copies of publicly available business directory listings for Plaintiff, which identify his cellular phone number at issue in this case as his contact number. Exhibit C was found via a search of Lexis-Nexis's "Directories" and "Business Leader Directories," which are described by Lexis-Nexis as "BWB Contact Information" provided by Salutary Data. Exhibit D was located via a public records search on Westlaw.

Dated:  January 9, 2026            /s/ Darci F. Madden
        St. Louis, Missouri            Darci F. Madden, Esq.