```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF MISSOURI
 3                    SOUTHEASTERN DIVISION
 4
 5   EDWARD KOELLER,                   )
 6   individually and on behalf        )
 7   of all others similarly           )
 8   situated,                         )
 9         Plaintiff,                  )
10                                     )
11   v.                                )  Case No.
12                                     )  4:23-cv-00319-SEP
13   CYBELANGEL USA, INC,              )
14         Defendant.                  )
15
16
17
18                    DEPOSITION OF
19                   EDWARD J. KOELLER
20                   JANUARY 30, 2024
21                      11:00 a.m.
22                   Remote Proceeding
23       Linda P. Gove, CCR; 4716-1949-7728-4096.
24
25
```



```
 1                    A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFF, EDWARD KOELLER AND ALL OTHERS
 4   SIMILARLY SITUATED:
 5   SAMUEL J. STRAUSS, ESQ.
 6   TURKE & STRAUSS, LLP
 7   613 Williamson Street
 8   Suite 201
 9   Madison, Wisconsin 53703
10   608-237-1775
11   Email:  sam@turkestrauss.com
12
13   FOR THE DEFENDANT, CYBELANGEL USA, INC.:
14   JAMES M. RULEY, ESQ.
15   PRO HAC VICE
16   WATSTEIN TEREPKA, LLP
17   1055 Howell Mill Road
18   8th Floor
19   Atlanta, Georgia 30318
20   404-782-0695
21   Email:  jruley@wtlaw.com
22
23   ALSO PRESENT:
24         Andrew Gunem, Esq.
25
```



```
1                    INDEX TO EXAMINATION
2
3   WITNESS: EDWARD KOELLER
4
5   EXAMINATION                                              PAGE
6   By Mr. Ruley                                              5
7
8                      INDEX TO EXHIBITS
9
10  For the Defendant:
11  Exhibit#        Description                              Page
12  Exhibit 1       Complaint                                 29
13  Exhibit 2       Plaintiff's Discovery                     32
14                  Responses
15  Exhibit C       Subpoena                                  43
16
17
18
19
20
21
22
23
24
25
```



|   |   |
|---|---|
| 1 | PROCEEDINGS |
| 2 | THE VIDEOGRAPHER:  Okay.  This is file one to |
| 3 | the videotaped deposition of Edward J. Koeller in the |
| 4 | matter of Edward J. Koeller versus CybelAngel USA, |
| 5 | Inc. being heard before the U.S. District Court, |
| 6 | Eastern District of Missouri, Southeastern Division, |
| 7 | Case Number 4:23-cv-319. |
| 8 | This deposition is being held via Zoom |
| 9 | conferencing with all parties appearing remotely on |
| 10 | January 3rd -- 30th, 2024.  The time is approximately |
| 11 | 11:05 a.m.  The court reporter is Linda Gove, and my |
| 12 | name is Heidi Sarsony, the videographer. |
| 13 | Counsel, please introduce yourselves and your |
| 14 | affiliations, and then the witness will be sworn. |
| 15 | Thank you. |
| 16 | MR. RULEY:  I'm James Ruley, and I'm here on |
| 17 | behalf of CybelAngel. |
| 18 | MR. STRAUSS:  I'm Sam Strauss from the law |
| 19 | firm of Turke and Strauss.  I'm here on behalf of Mr. |
| 20 | Koeller and the putative class. |
| 21 | THE COURT REPORTER:  Good morning, Mr. |
| 22 | Koeller.  Could you raise your right hand for me, |
| 23 | please. |
| 24 | WHEREUPON, |
| 25 | EDWARD KOELLER, |



```
 1             THE WITNESS:  I'm sorry, Sam, you said I may
 2   answer it?
 3             MR. STRAUSS:  Yeah, you may answer it.
 4             THE WITNESS:  Okay.  Thank you.  I spend most
 5   of my time in Teams meetings working internally with
 6   other teams inside Ameren.  I spend time working with
 7   our tools to discover vulnerabilities.  And I spend
 8   time researching ways to mitigate those
 9   vulnerabilities through research web browsing.
10   BY MR. RULEY:
11       Q    Where are you physically located when you
12   work?
13       A    Most of the time, I work from home.  We do
14   sometimes go in the office one day a week.
15       Q    And when did you -- when did you begin that
16   working from home most of the time and -- and in
17   office one day a week?
18       A    We began working from home during the
19   pandemic.  That's when I started.  The one day a week
20   was maybe a year ago.  It is optional, so not required
21   to be in.  But do go in just to see other teammates.
22       Q    I -- I understand.  So -- and -- so if I'm
23   understanding your testimony correctly, you began
24   working from home full-time in -- in 2020, probably
25   about March 2020; is that correct?
```



```
 1  telephone calls are very disruptive and intrusive for
 2  me and others.  And that inspired me to bring a
 3  lawsuit since I am on the Do Not Call List of the
 4  Missouri National Do Not Call List.
 5       Q    And how did you find your lawyers?
 6       A    I have worked with them in the past.
 7       Q    Can you identify for me all of the telephone
 8  numbers that you regularly use?
 9            MR. STRAUSS:  Object to the form of the
10  question.
11            You may answer it.
12            THE WITNESS:  314-270-3785.  That's one
13  number.  Second number is 314-602-3170.  And the third
14  number is 314-554-2344.
15  BY MR. RULEY:
16       Q    If I refer to that -- that first number you
17  listed, the 314-270-3785 number, as the 3785 number,
18  you'll know that I'm referring to that whole telephone
19  number; is that correct?
20       A    Yes.
21       Q    And then if I refer to that 314-602-3170
22  number as the 3170 number, you'll know that I'm
23  referring to that whole telephone number; is that
24  correct?
25       A    Yes.
```



```
 1        Q    And you can guess my next question.  If I
 2   refer to that 314-554-2344 number just by the last
 3   four digits of 2344, you'll know that I'm referring to
 4   the whole telephone number; is that correct?
 5        A    Yes.
 6        Q    When you receive calls on the 3785 number,
 7   what device do those calls ring through to?
 8        A    My home phone.
 9        Q    And when you say your home phone, is that a --
10   a number that is tethered to your house like a -- like
11   a land line?
12        A    Yes.
13        Q    And when you receive calls on the 2344 number,
14   what device do those calls ring through to?
15        A    Through Teams at my work computers.
16        Q    Is there a separate device that that 2344 four
17   number goes to, or just the -- the Teams, the -- the
18   Microsoft Teams application?
19             MR. STRAUSS:  Object to the form of the
20   question.
21             You may answer it.
22             THE WITNESS:  It's the application.
23   BY MR. RULEY:
24        Q    And when you receive calls on the 3170 number,
25   what device do those calls ring through to?
```



```
 1      A    My personal cell phone.
 2      Q    How long have you used the 3785 number?
 3      A    Can you repeat the question?  You cut out a
 4   little bit.
 5      Q    Oh, I'm sorry about that.  How long have you
 6   used the 3785 number?
 7      A    I believe about nine years, when I moved into
 8   this house.
 9      Q    And how long have you used the 2344 number?
10      A    Since January 2, 2001.
11      Q    Did you say 2001 or -- or '21?
12      A    Yes.
13      Q    2001.
14      A    2001, yep.  The year.
15      Q    And is that when you began working at -- at
16   Ameren?
17      A    Yes.
18      Q    And how long have you been using the 3170
19   number?
20      A    I believe I received that number when I was
21   around 18 years old.
22      Q    And who's your service provider for the 3170
23   number?
24      A    Magic Jack.
25      Q    Sorry.  Can you say that one more time?
```



```
 1      A    Yeah.
 2      Q    I don't know if I cut out.  Can you say that
 3 provider one more time?
 4      A    Yes.  The provider with the 3785 number is
 5 Magic Jack.
 6      Q    Thank you.  And do you know who the service
 7 provider is for your 3170 number?
 8      A    AT&T.
 9      Q    And do you know who the service provider is
10 for the 2344 number?
11      A    No.
12      Q    But you only use that number for -- for Teams
13 calls; is that correct?
14      A    Yes.
15      Q    And how long have you been using that number
16 exclusively for Teams calls?
17      A    I don't know exactly.  I think when the
18 pandemic started.
19      Q    Who pays the phone bill on the 3785 number?
20      A    I do.
21      Q    And how -- and who pays the phone bill on the
22 3170 number?
23      A    I do.
24      Q    And do you know -- do you know if there is a
25 phone bill for the 2344 number?
```



```
 1      A    No.
 2      Q    Okay.  I'm going to pull up Exhibit 2 again.
 3  Give me one moment.  Can you see the document that I'm
 4  sharing?
 5      A    Yes.
 6      Q    And I'm going to read here under Interrogatory
 7  Number 15.  It says:  For the subject telephone number
 8  -- and I'll represent to you that -- that that is the
 9  3170 number -- identify who pays the bill for the
10  service to that number, including any reimbursement to
11  the original payor, for each month from January 1,
12  2020, to the present.
13           Did I read that correctly?
14      A    Yes.
15      Q    And I'm going to scroll down to your response,
16  which says, in part:  Plaintiff pays for the phone
17  account.  Plaintiff does not receive reimbursement
18  specifically for that number.  However, plaintiff
19  receives a stipend from his employer to ensure that he
20  is available to address emergency issues at work
21  should an emergent event arise outside working hours.
22           Did I read that portion of the response
23  correctly?
24      A    Yes.
25      Q    And can you just explain for me how that
```



```
 1  stipend works?
 2          MR. STRAUSS:  Object to the form of the
 3  question.
 4          You may answer it, Mr. Koeller.
 5          THE WITNESS:  My employee (sic) reimburses me
 6  a portion of my cell phone bill to be available for
 7  critical cyber security incidents that happen outside
 8  of working hours.
 9  BY MR. RULEY:
10      Q   And do you receive that stipend on a monthly
11  basis?
12      A   Yes.
13      Q   And how much is that stipend?
14      A   I believe it's 35.00.
15      Q   And that stipend is for your 3170 number; is
16  that correct?
17          MR. STRAUSS:  Object to the form of the
18  question.
19          You may answer it.
20          THE WITNESS:  Yes.
21  BY MR. RULEY:
22      Q   Because if necessary, you can be contacted
23  about your work at this 3170 number; correct?
24      A   Yes.
25      Q   Has that ever happened?
```

```
 1       A    Yes.
 2       Q    And about how many times?
 3       A    Around a couple times a year.
 4       Q    And that's because your work couldn't reach
 5  you at the 2344 number, at least outside of working
 6  hours; is that correct?
 7            MR. STRAUSS:  Object to the form of the
 8  question.
 9            You may answer it, Mr. Koeller.
10            THE WITNESS:  Yes.
11  BY MR. RULEY:
12       Q    When you receive -- you -- you testified
13  earlier that you receive phone calls from your
14  co-workers; is that correct?
15       A    Yes.
16       Q    Do your co-workers ever call you at the 3170
17  number?
18       A    Yes.
19       Q    And do they text you at the 3170 number?
20       A    Yes.
21       Q    Do you take a tax deduction for any of these
22  telephone numbers -- well, strike that.
23            Do you take a tax deduction for the 3170
24  number?
25       A    I don't know.
```



```
 1      Q    And can you read this number here, again, on
 2   that same row 126 under the originating number column?
 3      A    1-217-625-6899.
 4      Q    And do you know what that 1-217-625-6899
 5   number is?
 6      A    No.
 7      Q    You don't know one -- one way or -- or the
 8   another -- one way or another what that number is;
 9   correct?
10      A    That's correct.
11      Q    I'm going to scroll down to the next page at
12   line 1546.  And under the originating number column
13   and the 1546 row, is that number ending in 3170 your
14   telephone number?
15      A    Yes.
16      Q    And this number in the terminating number
17   column and the 1546 row, can you read that number for
18   -- for us?
19      A    1-314-206-0662.
20      Q    And do you know what that 1-314-206-0662
21   number is?
22      A    Yes.
23      Q    And what is that number?
24      A    It is Ameren's digital command center number
25   or network operations center.
```



```
 1     Q    And -- and what is a digital command center?
 2     A    It's a team that keeps the network running and
 3   handles incidents at Ameren.
 4     Q    And so you'd agree that these records show you
 5   placed a phone call from your 3170 number to an Ameren
 6   number; is that correct?
 7     A    Yes.
 8     Q    Okay.  Let me direct you to this next page
 9   and line 9833.  And is this originating number here
10   going across from 9833 and going down from the
11   originating number column -- is this 3170 number --
12   that's your number; correct?
13     A    Yes.
14     Q    And can you read this number in the
15   terminating number column on that 9833 row?
16     A    It is 1-314-554-4357.
17     Q    And do you know what that 1-314-554-4357
18   number is?
19     A    Yes.
20     Q    And what is that number?
21     A    That is the Ameren help desk.
22     Q    And so you'd agree that these records reflect
23   that you called the Ameren help -- help desk on your
24   3170 number?
25     A    Yes.
```



1    Q   Do you know any other Ameren telephone numbers
2  off the top of your head?
3    A   No.
4        MR. RULEY:  Let's go ahead and -- and take --
5  let's go ahead and take a ten-minute break.  We can go
6  off the record.
7        THE VIDEOGRAPHER:  Okay.  We're going off the
8  record.  The time is approximately 1:06 p.m.
9        (A recess was taken.)
10        THE VIDEOGRAPHER:  We are back on record.  The
11  time is approximately 1:16 p.m.
12  BY MR. RULEY:
13    Q   Mr. Koeller, you identified a call that you
14  placed to the Ameren help desk from your 3170 number;
15  is that correct?
16    A   Yes.
17    Q   And when you called the Ameren help desk, you
18  were calling about work; correct?
19    A   Yes.
20    Q   And then you also identified a call that you
21  placed to the Ameren help desk from your -- from you
22  -- sorry, to -- to the -- strike that.  It has not
23  been that long a day.  All right.
24        You identified a call that you placed to
25  Ameren's digital command center from your 3170 number;



```
 1  is that correct?
 2       A    Yes.
 3       Q    And when you called Ameren's digital command
 4  center, you were calling about work; correct?
 5       A    Yes.
 6       Q    And you mentioned that you received a $35 a
 7  month stipend so that Ameren could access you out --
 8  could access you outside of normal working hours at
 9  your 3170 number; is that correct?
10            MR. STRAUSS:  Object to the form of the
11  question.
12            You may answer it.
13            THE WITNESS:  Yes.
14  BY MR. RULEY:
15       Q    And how long have you received that 35.00 a
16  month stipend?
17       A    I don't know.
18       Q    Has it been years?
19       A    That's -- that's pretty broad.  You want --
20  it's been more than one year.
21       Q    Has it been more than five years?
22       A    Yes.
23       Q    All right.
24            MR. RULEY:  Well, that is all that I have
25  unless your Counsel have question -- has -- has
```

