IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| **EDWARD J. KOELLER**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CYFLARE SECURITY INC.**,<br><br>Defendant. | 4:25-cv-00410-MTS |

### DECLARATION OF EDWARD J. KOELLER

I, Edward J. Koeller, declare under penalty of perjury as follows:

1. I am the Plaintiff in the above-captioned case. I submit this declaration in support of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Amended Complaint.

2. I have personal knowledge of the facts stated herein and could testify competently to them if called upon to do so.

3. On January 30, 2024, I was deposed in *Koeller v. CybelAngel USA, Inc.*, No. 4:23-cv-00319-SEP (E.D. Mo.) ("CybelAngel").

4. When I was employed as a cybersecurity incident responder, that position required me to be reachable at all times—including on my personal cell phone— in order to be notified of active cyberattacks. Because of that, I received a $35 monthly stipend from my employer to help cover my cell phone bill. I no longer hold that position.

5. As of approximately January 2020, my role at the company changed. My current position is within the company's vulnerability management team, which focuses on identifying

Doc ID: 466e97727ec6cdfadeb96b5fce78c4a4270204b5

and addressing potential cybersecurity risks before they lead to an incident. This role does not require me to be on call.

      6.      My employer-provided cell phone stipend ended on August 31, 2024.

**Pursuant to 28 U.S.C. § 1746, I declare and sign under penalty of perjury of the United States of America that the foregoing is true and correct.**

Executed on July 21, 2025 in Saint Louis (city), Missouri (state).

_____
Edward J. Koeller

2

Doc ID: 466e97727ec6cdfadeb96b5fce78c4a4270204b5