## Edward Koeller; Salutary Data

August 2025

## Career Information

**COMPANY:** Ameren

**JOB TITLE:** Cybersecurity Vulnerability Management Engineer

**JOB FUNCTION:** Technology, Software, Information Technology

**COMPANY ADDRESS:** 1901 Chouteau Ave, Saint Louis, MO 63103

**SIC:** 4911 - Electric Services

**NAICS:** 221122 - Electric Power Distribution

**REVENUE:** $1B+

**EMPLOYEES:** 5000+

**OTHER ADDRESS:** 1 Ameren Plaza, St. Louis, MO 63103

**TELEPHONE:** (314) 602▇▇▇   (314) 696▇▇▇

**URL:** www.ameren.com

**WORK E-MAIL:** ekoeller@ameren.com

**LINKED IN:** https://www.linkedin.com/in/**edward-koeller**-3566bb122

**CELLPHONE:** (630) 689▇▇▇
**Company:** Ameren

Edward Koeller

**Address:** 1901 Chouteau Ave, Saint Louis, MO, 63103

**Telephone:** (314) 602-███   (314) 696-███

**Email:** *ekoeller@ameren.com*

**Website:** *www.ameren.com*

**Occupation:** Cybersecurity Vulnerability Management Engineer



Salutary Data
Copyright 2025 Salutary Data, LLC, All Rights Reserved

**End of Document**