# Business Contact Record

## Source Information

| | |
|---|---|
| **Information Current Through:** | 08/31/2025 |
| **Database Last Updated:** | 09/10/2025 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 09/29/2025 |
| **Source:** | BUSINESS CONTACT RECORDS |

## Work Affiliation Information

| | |
|---|---|
| **Name:** | EDWARD KOELLER |
| **Title:** | CYBERSECURITY VULNERABILITY MANAGEMENT ENGINEER |
| **Job Department:** | IT |
| **Job Level:** | KEY INFLUENCER |
| **Organization:** | AMEREN SERVICES |
| **Organization Address:** | ONE AMEREN PLAZA<br>ST. LOUIS, MO 63103-3003<br>US |
| **Business Email:** | ekoeller@ameren.com |
| **Email Domain:** | ameren.com |
| **Work Mobile Phone:** | 314-602- |
| **Work Headquarters Phone:** | 314-621- |
| **LinkedIn Address:** | linkedin.com/in/edward-koeller-3566bb122 |

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document** © 2025 Thomson Reuters. No claim to original U.S. Government Works.