IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| EDWARD J. KOELLER, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>OX APPSEC SECURITY INC.,<br><br>Defendant. | No. 4:25-cv-00641-MTS<br><br>Honorable District Judge<br>Matthew T. Schelp |

### PLAINTIFF'S UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S AMENDED MOTIONS TO DISMISS AND STAY

Plaintiff, Edward J. Koeller ("Plaintiff"), by and through undersigned counsel, and by agreement with Defendant Ox Appsec Security Inc. ("Defendant"), respectfully moves the Court for a 21-day extension of time to file Plaintiff's opposition to Defendant's Motion to Strike Class Allegations (ECF No. 32). In support, Plaintiff states as follows:

1. On January 9, 2026, Defendant filed its Motion to Strike Class Allegations and/or Deny Class Certification (ECF No. 32).

2. Under Local Rule 4.01(B), Plaintiff's opposition is currently due on January 23, 2026.

3. This case has involved extensive motion practice at an early stage. Defendant has filed multiple substantive motions, including an Amended Motion to Dismiss (ECF No. 23), a Motion to Stay (ECF No. 25), and the instant Motion to Strike Class Allegations, each raising numerous legal arguments requiring careful and coordinated oppositions.

4. Plaintiff respectfully requests a brief extension due to the intervening federal holiday weekend (Martin Luther King Jr. Day), pre-existing professional obligations and

scheduling conflicts, and in order to fully respond to all arguments raised in Defendant's motion.

5. By agreement with Defendant, Plaintiff respectfully requests a 21-day extension such that Plaintiff's opposition to the Motion to Strike Class Allegations would be due on February 13, 2026.

6. Good cause exists for the requested extension. The requested extension is modest, made before the current deadline, and sought solely to permit the orderly and complete presentation of Plaintiff's opposition.

7. The Parties conferred regarding the requested relief on January 20, 2026, and Defendant does not oppose the extension requested herein.

8. No party will be prejudiced by this brief extension, and it will not disrupt any existing case deadlines, as none have been set.

9. This request is made in good faith, in compliance with Local Rule 4.01 and this Court's practice expectations, and not for the purpose of delay.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order extending Plaintiff's deadline to file an opposition to Defendant's Motion to Strike Class Allegations to February 13, 2026, and granting such other and further relief as the Court deems just and proper.

Date: January 20, 2026

Respectfully submitted,

/s/ Cassandra P. Miller
Cassandra P. Miller (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I, Cassandra P. Miller, hereby certify that on January 20, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 20th day of January, 2026.

                                      Respectfully submitted,

                                      By: */s/ Cassandra P. Miller*
                                      Cassandra P. Miller
                                      **STRAUSS BORRELLI PLLC**
                                      One Magnificent Mile
                                      980 N Michigan Avenue, Suite 1610
                                      Chicago IL, 60611
                                      Telephone: (872) 263-1100
                                      Facsimile: (872) 263-1109
                                      cmiller@straussborrelli.com