IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD J. KOELLER, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>OX APPSEC SECURITY INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>) Case No. 4:25-cv-00641<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE CLASS ALLEGATIONS**

With the consent of Plaintiff, Ox Appsec Security Inc. ("Ox" or "Defendant") respectfully requests an extension of time, through February 19, 2026, to file a reply in support of its Motion to Strike Class Allegations and/or Deny Class Certification (or for Alternative Relief Bifurcating and Limiting Discovery) (ECF No. 32, "Motion to Strike"). In support of this Consent Motion, Defendant states:

1. Ox filed its Motion to Strike on January 9, 2026. ECF No. 32.

2. With the consent of Ox to Plaintiff's request for an extension of time in which to respond, Plaintiff filed his Opposition to Ox's Motion to Strike (ECF No. 39, "Opposition") on February 2, 2026, making Ox's reply in support of its Motion to Strike due February 12, 2026. Local Rule 4.01(C).

3. Counsel for Defendant has been diligently working to review Plaintiff's Opposition in order to prepare its reply in support of its Motion to Strike. Defendant requests this extension

1

to complete that review and prepare and file a reply. This is Defendant's first request for an extension to file its reply.

4. This Consent Motion is made in good faith and granting it will not prejudice any party.

WHEREFORE, Defendant respectfully requests the Court grant this Consent Motion and enter an order extending Defendant's reply deadline through February 19, 2026.

Dated: February 5, 2026

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

By: */s/ Darci F. Madden*
Darci F. Madden, 51463MO
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
Phone: (314) 259-2000
Fax: (314) 259-2020

*Attorney for OX Appsec Security Inc.*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed on this 5th day of February via the court's electronic filing system which will service notice to all counsel of record.

*/s/ Darci F. Madden*