**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| EDWARD J. KOELLER, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br>  v.<br><br>WATERFALL SECURITY SOLUTIONS USA INC.,<br><br>                      Defendant. | Case No.   4:25-cv-00865-JMD<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] CASE MANAGEMENT ORDER

As discussed in the conference on January 21, 2026, the Court sets the following schedule:

A)    Fact discovery is to be bifurcated, with the first phase of discovery to be limited to the issue of whether the Plaintiff's use of the cellular telephone on which Plaintiff allegedly received the calls at issue here qualifies him as a "residential subscriber" for purposes of the TCPA's do-not-call provisions.

B)    The parties will be permitted to file motions for summary judgment on the limited issue of whether Plaintiff is a "residential subscriber" for purposes of the TCPA after the first phase of discovery.

C)    At this time, the Court sets a schedule for only the first phase of discovery.

D)    Discovery relating to the "residential subscriber" issue must be completed by March 31, 2026.

E)    Summary judgment motions on the issue of whether Plaintiff is a "residential subscriber" shall be due on April 21, 2026.

F)    Further deadlines, if necessary, will be set after the anticipated summary judgment

practice.

This Order may not be modified or the dates herein extended, except by further Order of the Court for good cause shown. Any application to modify or extend the dates herein shall be made in a written application in accordance with the Court's individual rules and practices and shall be made no less than two business days prior to the expiration of the date sought to be extended.

Dated: February 17, 2026.

SO ORDERED

_____
District Judge Joshua M. Divine