# Martha Kohlstrand

| | |
|---|---|
| **From:** | Darci Madden |
| **Sent:** | Tuesday, February 10, 2026 1:38 PM |
| **To:** | Brady Marzen |
| **Cc:** | Anthony Paronich; Martha Kohlstrand |
| **Subject:** | RE: Koeller v. Waterfall Security Solutions USA Inc. - Case No. 4:25-cv-00865-JMD |
| **Attachments:** | 2026-02-09 - Koeller v. Waterfall Security Solutions - Proposed Case Management Order(618261352.2).docx |

Attached is a proposed order that the parties believe reflects the court's decision from 1/21.  Please let us know if you have questions or concerns.

Darci Madden



Darci Madden
Partner
Bryan Cave Leighton Paisner LLP - St. Louis, MO USA
darci.madden@bclplaw.com
T: +1 314 259 2366  M: +1 314 956 2366

---

**From:** Brady Marzen <Brady_Marzen@moed.uscourts.gov>
**Sent:** Monday, February 2, 2026 6:28 PM
**To:** Darci Madden <Darci.Madden@bclplaw.com>
**Cc:** Anthony Paronich <anthony@paronichlaw.com>; Martha Kohlstrand <Martha.Kohlstrand@bclplaw.com>
**Subject:** RE: Koeller v. Waterfall Security Solutions USA Inc. - Case No. 4:25-cv-00865-JMD


Good afternoon Ms. Madden and Mr. Paronich,

I hope you are well!  My apologies for the delayed note here.  Thank you for taking the time for the productive January 21 conference.

Given the nuances of this case and the desire to put the parties in the best position to proceed, the Court requests you confer and provide a draft CMO that will then be reviewed and filed.

Please reach me here or call the Court if helpful.  Thank you!

Regards,
Brady Marzen
Law Clerk to the Honorable Joshua M. Divine

---

**From:** Darci Madden <Darci.Madden@bclplaw.com>
**Sent:** Monday, February 2, 2026 3:40 PM
**To:** Brady Marzen <Brady_Marzen@moed.uscourts.gov>
**Cc:** Anthony Paronich <anthony@paronichlaw.com>; Martha Kohlstrand <Martha.Kohlstrand@bclplaw.com>
**Subject:** Koeller v. Waterfall Security Solutions USA Inc. - Case No. 4:25-cv-00865-JMD

**CAUTION - EXTERNAL:**

Mr. Marzen,

We were before the Judge on the above-referenced case for a scheduling conference on January 21.  The Judge announced a schedule at that conference (with bifurcated discovery and a deadline for threshold motions for summary judgment on the issue of whether plaintiff is a "residential subscriber," with the rest of the deadlines to be set if the threshold issue does not resolve the matter). I don't see that a written order has actually ever hit PACER, though.  Forgive me if this is still in process – I just wanted to reach out to alert you, just in case.

Thank you.

Darci Madden



Darci Madden
Partner
darci.madden@bclplaw.com
T: +1 314 259 2366  M: +1 314 956 2366

Bryan Cave Leighton Paisner LLP
One Metropolitan Square, 211 North Broadway, Suite 3600, St. Louis, MO 63102

**bclplaw.com**

LinkedIn

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.