IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD J. KOELLER, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Case No. 4:25-cv-00641 |
| OX APPSEC SECURITY INC., | ) ) ) |
| Defendant. | ) |

**MOTION TO WITHDRAW COUNSEL FOR DEFENDANT**

COMES NOW Defendant, Ox AppSec Security, and hereby provides notice of withdrawal of the previously filed notice of appearance for Martha Kohlstrand and hereby requests that Martha Kohlstrand's name be removed from all mailing and service lists regarding this case. Defendant will continue to be represented in this matter by the law firm of Bryan Cave Leighton Paisner LLP.

DATED: March 5, 2026

BRYAN CAVE LEIGHTON PAISNER LLP

By: */s/ Martha Kohlstrand*
Martha Kohlstrand, Esq
Attorney for Defendant
*OX APPSEC SECURITY INC.*
90 S. Cascade Avenue Suite 1300y
Colorado Springs, CO 80903
(303) 417-8516
martha.kohlstrand@bclplaw.com