**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EDWARD J. KOELLER, *individually and on behalf of all others similarly situated*, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:25-cv-0641-MTS |
| OX APPSEC SECURITY, INC., | ) | |
| Defendant. | ) | |

**<u>ORDER OF DISMISSAL</u>**

In accordance with the Memorandum and Order signed this same date,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice.

Dated this 30th day of September 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE