UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
AT ST. LOUIS

Edward J. Koeller, individually and on behalf of all others similarly situated,
Plaintiff(s),

vs.

OX Appsec Security, Inc.,
Defendant(s).

Case No. 4:25-cv-00641-MTS

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Edward J. Koeller, by and through undersigned counsel, appeal(s) to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on the 30th day of September, 2026.

Electronically signed on October 20, 2026 at 3:40 P.M. ET.

Cassandra P. Miller, Counsel for Plaintiff
Signature

**NOTE: IF YOU ARE NOT A PRISONER AND WERE PREVIOUSLY GRANTED LEAVE TO PROCEED IN FORMA PAUPERIS IN THIS CASE, YOU DO NOT NEED TO SUBMIT A MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL AND AFFIDAVIT IN SUPPORT. See Fed. R. App. 24(a).**