US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** Koeller v. OX Appsec Security Inc.

**USCA#:**

**Case Number:** 4:25-CV-00641-MTS

**Plaintiff:** EDWARD J. KOELLER

**Defendant:** OX APPSEC SECURITY, INC.

**Attorney:**

Anthony Paronich (for pla)
350 Lincoln Street
Suite 2400
Hingham, MA 02043
Ph: 617-485-0018 Fax: 508-318-8100
Email: anthony@paronichlaw.com

Cassandra P Miller (for pla)
980 N. Michigan Avenue
Suite 1610
Chicago, IL 60611
Ph: 872-263-1100 Fax: 872-263-1109
Email: cmiller@straussborrelli.com

**Attorney:**

Darci F. Madden (for dft)
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Ph: 314-259-2366 Fax:
Email: darci.madden@bclplaw.com

**Court Reporter(s):**

Please return files and documents to: Clerk for Eastern District of Missouri

Person to contact about the appeal: Ethany Reid-Iseko at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | Paid | None | No |
| **Counsel:** | **Pending Motions:** | **Local Interest:** | **Simultaneous Release:** |
| Yes | No | No | No |

**Criminal Cases/Prisoner Pro Se Cases Only:**

Is defendant incarcerated?: No Where:

**Please list all other defendants in this case if there were multiple defendants:**