**dUnited States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

October 22, 2026

Cassandra P. Miller
STRAUSS & BORRELLI
Suite 1610
980 N. Michigan Avenue
Chicago, IL 60611

RE: 26-3159 Edward Koeller v. OX Appsec Security, Inc.

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

CJO

Enclosure(s)

cc: Clerk, U.S. District Court, Eastern District of Missouri
Darci Faulkner Madden
Anthony Paronich

District Court/Agency Case Number(s): 4:25-cv-00641-MTS

**Caption For Case Number: 26-3159**

Edward J. Koeller, individually and on behalf of all others similarly situated

Plaintiff - Appellant

v.

OX Appsec Security, Inc.

Defendant - Appellee

**Addresses For Case Participants: 26-3159**

Cassandra P. Miller
STRAUSS & BORRELLI
Suite 1610
980 N. Michigan Avenue
Chicago, IL 60611

Clerk, U.S. District Court, Eastern District of Missouri
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO 63102-0000

Darci Faulkner Madden
BRYAN & CAVE
3600 One Metropolitan Square
211 N. Broadway
Saint Louis, MO 63102-2186

Anthony Paronich
PARONICH LAW, PC.
Suite 2400
350 Lincoln Street
Hingham, MA 02043